```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/20/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

           Petitioner,

    -and-

HIGHWAY, ROAD AND STREET CONSTRUCTION LABORERS LOCAL UNION 1010,

           Respondent.

**CONSENT JUDGMENT**

Case No. 20-cv-8214 (JPC) (GWG)

      Upon consent of the parties, the Petitioner, New York City District Council of Carpenters ("DCC") and the Respondent, Highway, Road and Street Construction Laborers Local Union 1010 ("Local 1010"), it is hereby ORDERED, ADJUDGED AND DECREED that:

      The Arbitration Award of Martin F. Scheinman dated September 30, 2020 ("Award") awarding disputed work to the DCC be confirmed in its entirety; and

      Local 1010 shall pay the DCC $2,695.00 comprised of $475 in costs and $2,220 in attorneys' fees associated with this action by check payable to New York City District Council of Carpenters no later than 14 days from the entry of this Court's order confirming the Award.

      The Clerk of the Court is respectfully directed to close this case.

DATED:    New York, New York

            November 11, 2020

                                     _____
                                     The Honorable John P. Cronan, U.S.D.J.